IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RUSSELL MCKNIGHT, | ) |
| Plaintiff, | ) NO. 3:08-00153 |
| | ) JUDGE HAYNES |
| v. | ) |
| DILLARD'S, INC., | ) |
| Respondent. | ) |

**ORDER**

In accordance with the Memorandum filed herewith, the Plaintiff's motion to vacate the arbitration award (Docket Entry No. 1) is **GRANTED**. This action is **REMANDED** for another arbitration proceeding.

This is the Final Order in this action.

It is so **ORDERED**.

Entered this the 16th day of September, 2008.

William J. Haynes, Jr
United States District Judge.